# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
PERRY, RICHARD § Case No. 18-03430
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Phillip D. Levey_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 18-03430 | LAH | Judge: LASHONDA A. HUNT | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PERRY, RICHARD | | | Date Filed (f) or Converted (c): | 02/07/18 (f) |
| | | | | 341(a) Meeting Date: | 03/09/18 |
| For Period Ending: | 01/31/19 | | | Claims Bar Date: | 09/26/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Duplex or multi-unit building, | 300,000.00 | 284,999.00 | | 0.00 | FA |
|     Property held in form of tenancy by the entirety with non-filing spouse. | | | | | |
| 2. 2007 Saturn VUE | 2,700.00 | 300.00 | | 0.00 | FA |
| 3. Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. 2 tvs, cell phone, laptop | 150.00 | 75.00 | | 0.00 | FA |
| 5. Golf clubs | 50.00 | 50.00 | | 0.00 | FA |
| 6. 12 gauge shotgun, 22 target pistol, 38 revolver. | 200.00 | 200.00 | | 0.00 | FA |
| 7. Clothes | 100.00 | 0.00 | | 0.00 | FA |
| 8. Watch, wedding ring. | 500.00 | 0.00 | | 0.00 | FA |
| 9. Cash | 150.00 | 0.00 | | 0.00 | FA |
| 10. U.S. Bank (joint with spouse) | 2,277.60 | 0.00 | | 0.00 | FA |
| 11. U.S. Bank (joint with daughter) | 219.95 | 0.00 | | 0.00 | FA |
| 12. Richard Perry DDS - sole proprietorship | 0.00 | 0.00 | | 0.00 | FA |
|     Approximately 80 patients. Value per business broker inspection and appraisal. | | | | | |
| 13. Pension - State of Illinois | Unknown | 0.00 | | 0.00 | FA |
|     Claimed as 100% exempt. | | | | | |
| 14. Retirement Annuity - Athene | 7,000.00 | 0.00 | | 0.00 | FA |
|     Claimed as 100% exempt. | | | | | |
| 15. LBS Management - Security Deposit | Unknown | 0.00 | | 0.00 | FA |
| 16. Annuity - MONY x1280 | Unknown | 0.00 | | 0.00 | FA |
|     Claimed as 100% exempt. | | | | | |
| 17. Annuity - MONY x4552 | Unknown | 0.00 | | 0.00 | FA |
|     Claimed as 100% exempt. | | | | | |
| 18. Dentist License Dentist CS License | 0.00 | 0.00 | | 0.00 | FA |
| 19. Monies owed on sale of Bears season tickets | 9,000.00 | 9,000.00 | | 9,000.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| Case No: | 18-03430 | LAH | Judge: LASHONDA A. HUNT | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | PERRY, RICHARD | | | Date Filed (f) or Converted (c): | 02/07/18 (f) |
| | | | | 341(a) Meeting Date: | 03/09/18 |
| | | | | Claims Bar Date: | 09/26/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Medicare, Beneficiary: na | 0.00 | 0.00 | | 0.00 | FA |
| 21. Insurance Policy - United Health Care, Beneficiary | 0.00 | 0.00 | | 0.00 | FA |
| 22. Insurance Policy - State Farm (home & auto), Benef | 0.00 | 0.00 | | 0.00 | FA |
| 23. Insurance Policy - Liberty Mutual (office), Benefi | 0.00 | 0.00 | | 0.00 | FA |
| 24. Insurance Policy - ProAssurance (malpractice), Ben | 0.00 | 0.00 | | 0.00 | FA |
| 25. Insurance Policy - Great West via ADA (term life), | 0.00 | 0.00 | | 0.00 | FA |
| 26. Insurance Policy - MONY (x0595) subject to loan of | 22,698.42 | 0.00 | | 0.00 | FA |
| 27. Insurance Policy - MONY (x0153), Beneficiary: spou Claimed as 100% exempt. | 29,550.00 | 0.00 | | 0.00 | FA |
| 28. Insurance Policy - MONY (x1936) subject to loan of Claimed as 100% exempt. | 16,068.18 | 0.00 | | 0.00 | FA |
| 29. Insurance Policy - NY Life (x6454), Beneficiary: s Claimed as 100% exempt. | 1,334.35 | 0.00 | | 0.00 | FA |
| 30. Receivables: dental practice co-pay | 3,160.50 | 474.07 | | 0.00 | FA |
| 31. Receivables: State of Illinois Delta Dental plans | 1,200.00 | 180.00 | | 0.00 | FA |
| 32. X-ray unit, 2 dental chairs, 2 portable dental | 650.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $399,009.00 | $295,278.07 | | $9,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigation re accounts receivable and annuities.

Case 18-03430   Doc 38   Filed 02/01/19   Entered 02/01/19 09:02:30   Desc Main
Document      Page 5 of 11

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 18-03430   LAH   Judge: LASHONDA A. HUNT | Trustee Name: | Phillip D. Levey |
| Case Name: | PERRY, RICHARD | Date Filed (f) or Converted (c): | 02/07/18 (f) |
| | | 341(a) Meeting Date: | 03/09/18 |
| | | Claims Bar Date: | 09/26/18 |

Initial Projected Date of Final Report (TFR): 11/30/18    Current Projected Date of Final Report (TFR): 11/30/18

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 18-03430 -LAH | Trustee Name: | Phillip D. Levey |
| Case Name: | PERRY, RICHARD | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5307 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4726 | | |
| For Period Ending: | 01/31/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/25/18 | 19 | STR Marketplace, LLC<br>550 Westcott St, Ste 500<br>Houston, TX 77007 | Turnover From Debtor | 1121-000 | 9,000.00 | | 9,000.00 |
| 04/06/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,990.00 |
| 05/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 8,977.07 |
| 06/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.35 | 8,963.72 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.90 | 8,950.82 |
| 08/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.31 | 8,937.51 |
| 09/10/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.29 | 8,924.22 |
| 10/05/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.84 | 8,911.38 |
| 11/07/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.25 | 8,898.13 |
| t 12/12/18 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 8,898.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,000.00 | 9,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,898.13 | |
| Subtotal | 9,000.00 | 101.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,000.00 | 101.87 | |

\* Reversed
t Funds Transfer

Page Subtotals 9,000.00 9,000.00

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 18-03430 -LAH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | PERRY, RICHARD | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0111 Checking Account |
| Taxpayer ID No: | *******4726 | | |
| For Period Ending: | 01/31/19 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| t 12/12/18 | | Trsf In From ASSOCIATED BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 8,898.13 | | 8,898.13 |

```
                                                      COLUMN TOTALS                    8,898.13              0.00         8,898.13
                                              Less: Bank Transfers/CD's                8,898.13              0.00
* Reversed                                    Subtotal                                      0.00              0.00
t Funds Transfer                              Less: Payments to Debtors                                       0.00
                                              Net                                           0.00              0.00

                                                                                                            NET         ACCOUNT
                                           TOTAL - ALL ACCOUNTS            NET DEPOSITS    DISBURSEMENTS    BALANCE
                      Checking Account (Non-Interest Earn - ********5307       9,000.00          101.87        0.00
                                 Checking Account - ********0111                   0.00            0.00    8,898.13
                                                                          -----------------  --------------  --------------
                                                                               9,000.00          101.87    8,898.13
                                                                          =============  =============  =============
                                                                          (Excludes Account (Excludes Payments  Total Funds
                                                                              Transfers)     To Debtors)    On Hand
```

Page Subtotals 8,898.13 0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 31, 2019 |
|---|---|---|---|---|---|---|

Case Number: 18-03430  
Debtor Name: PERRY, RICHARD  
Claims Bar Date: 09/26/18  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $0.00 | $1,650.00 | $1,650.00 |
| 001<br>2200-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $0.00 | $38.50 | $38.50 |
| 001<br>3110-00 | Phillip D. Levey<br>2722 North Racine Avenue<br>Chicago, IL | Administrative | | $0.00 | $4,005.00 | $4,005.00 |
| | Subtotal for Priority 001 | | | $0.00 | $5,693.50 | $5,693.50 |
| 000001<br>070<br>7100-00 | TD Bank, USA<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | | $0.00 | $10,779.86 | $10,779.86 |
| 000002<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $15,778.45 | $15,778.45 |
| 000003<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $20,613.99 | $20,613.99 |
| 000004<br>070<br>7100-00 | Bankers Healthcare Group c/o Pinnacle Bank<br>150 3rd Ave S, Ste 900<br>Nashville, TN 37201 | Unsecured | (4-1) Account Number (last 4 digits):9533 | $0.00 | $10,304.84 | $10,304.84 |
| 000005<br>070<br>7100-00 | Bankers Healthcare Group c/o Pinnacle Bank<br>150 3rd Ave S, Ste 900<br>Nashville, TN 37201 | Unsecured | (5-1) Account Number (last 4 digits):3403 | $0.00 | $604.46 | $604.46 |
| | Subtotal for Priority 070 | | | $0.00 | $58,081.60 | $58,081.60 |
| | Case Totals: | | | $0.00 | $63,775.10 | $63,775.10 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-03430
Case Name: PERRY, RICHARD
Trustee Name: Phillip D. Levey

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ | $ | $ |
| Trustee Expenses: Phillip D. Levey | $ | $ | $ |
| Attorney for Trustee Fees: Phillip D. Levey | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

Document      Page 10 of 11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | TD Bank, USA by American InfoSource LP as agent 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ | $ | $ |
| 000002 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000003 | Discover Bank Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000004 | Bankers Healthcare Group c/o Pinnacle Bank 150 3rd Ave S, Ste 900 Nashville, TN 37201 | $ | $ | $ |
| 000005 | Bankers Healthcare Group c/o Pinnacle Bank 150 3rd Ave S, Ste 900 Nashville, TN 37201 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

  Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE