UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Richard Perry, | ) | Case No. 18 B 03430 |
| | ) | |
| Debtor(s). | ) | |

### CERTIFICATE OF SERVICE RE NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

I, Phillip D. Levey, an attorney, certify that on February 5, 2019, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
773-348-9682

## SERVICE LIST

<u>VIA U.S. MAIL</u>

TD Bank, USA
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Bankers Healthcare Group
c/o Pinnacle Bank
150 3rd Ave S, Ste 900
Nashville, TN 37201

Richard Perry
622 Marengo Ave.
Forest Park, IL  60130

<u>VIA CM/ECF</u>

Ariane Holtschlag
FactorLaw
105 W. Madison St., Suite 1500
Chicago, IL 60602

Fifth Third Bank
5001 Kingsley Drive
Cincinnati, OH 45227

Office Of U.S. Trustee
219 South Dearborn Street - Suite 873
Chicago, IL 60604